IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Steven Hermes,

        Plaintiff,

CASE NO.: 4:07cv523-SPM-WCS

vs.

Flying J, Inc.

        Defendant.
_____/

### ORDER EXTENDING DISCOVERY DEADLINE AND CONTINUING TRIAL

This cause comes before the Court upon Plaintiff's "Agreed Motion for Continuance" (doc. 13). Finding the request reasonable, upon consideration, it is

ORDERED AND ADJUDGED as follows:

1. The motion (doc. 13) is ***granted***.

2. The discovery deadline is extended to ***June 30, 2009.***

3. Trial is reset for 8:30 a.m. on ***August 17, 2009***, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this sixteenth day of October, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge